IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN E. CAMPBELL**  PETITIONER

4:22-CV-00296-LPR

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**  RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The certificate of appealability is denied.

IT IS SO ADJUDGED this 27th day of December 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE